# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH FACEBOOK )    Case No. 1:22MJ398-1
USER ID 100000690031044 THAT IS STORED AT )
PREMISES CONTROLLED BY META PLATFORMS, )
INC. )

**FILED JAN - 6 2022 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By AC**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    __NORTHERN__    District of    __CALIFORNIA__
*(identify the person or describe the property to be searched and give its location):*
SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    October 20, 2022    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    HONORABLE JOE L. WEBSTER   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/06/2022 10:01 am      *[signed]* Joe L. Webster
                                                      *Judge's signature*

City and state:    Durham, North Carolina      Joe L. Webster, United States Magistrate Judge
                                                                 *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH FACEBOOK USER ) Case No. 1:22MJ398-1
ID 100000690031044 THAT IS STORED AT PREMISES )
CONTROLLED BY META PLATFORMS, INC. )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A

located in the ___NORTHERN___ District of ___CALIFORNIA___, there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1112, 3261 (a), 3267(1), and 3238 | Manslaughter Within the Maritime and Territorial Jurisdiction of the Untied States While Employed by the Armed Forces Outside of the United States |

The application is based on these facts:
See Attached Affidavit Incorporated by Reference as if Fully Restated Herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Jordan Sampson
*Applicant's signature*

Jordan Sampson, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___TELEPHONE___ *(specify reliable electronic means)*.

Date: 10/06/2022 10:01 am

*Judge's signature*

City and state: Durham, North Carolina     Joe L. Webster, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:22MJ398-1 | Date and time warrant executed: 10/07/2022 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

On 11/27/2022, Facebook produced information associated with User ID 100000690031044 in accordance with Attachment B.

**Certification**

⸺ I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/27/2022

_____
Executing officer's signature

SA Jordan Sampson
Printed name and title

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Facebook vanity name jillannehicks and Facebook user ID 100000690031044 (Subject Account) that is stored at premises owned, maintained, controlled, or operated Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, CA 94025.

19

## ATTACHMENT B

## Particular Things to be Seized

**I. Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta Platforms, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta Platforms, Inc. is required to disclose the following information to the government for each user ID listed in Attachment A for November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 11:40pm Pacific Standard Time):

- (a) Records and information revealing or referencing all contact and personal identifying information, including for user ID 100000690031044: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

- (b) All activity logs, including Facebook Messenger, for the account and all other documents showing the user's posts and other Facebook activities on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

- (c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from

9:20pm to 9:40pm Pacific Standard Time), including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string, on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

(e) All other records and contents of communications and messages made or received by the user on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time), including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(f) All "check ins" and other location information from on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

(g) All IP logs, including all records of the IP addresses that logged into the account on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked" on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

(i) The types of service utilized by the user on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

Meta Platforms, Inc, is hereby ordered to disclose the above information to the government within 14 Days of issuance of this warrant.

3

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. 1112, Manslaughter, involving Ari Taylor, the facts of which are incorporated herein from the affidavit, on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time), including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Any communications and activity of the Subject Account on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time);

(b) Evidence indicating how, when, and for how long, the Facebook account was accessed or used, including the IP address associated the use, and all "check ins" and other location information on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time) to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) All other records and contents of communications and messages made or received by the user on November 26, 2020, from 11:20pm to 11:40pm Central Standard Time (November 26, 2020, from 9:20pm to 9:40pm Pacific Standard Time), including all Messenger activity, private messages, chat history, and video and voice calling history;

4

(d) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(e) Records and information revealing or referencing all contact and personal identifying information, including for user ID 100000690031044: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.